**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| HUMBERTO BECERRA, | No. 08-75122 |
| Petitioner, | Agency No. A075-499-740 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted January 10, 2011[**]

Before:     BEEZER, TALLMAN, and CALLAHAN, Circuit Judges.

Humberto Becerra, a native and citizen of Mexico, petitions for review of

the Board of Immigration Appeals' ("BIA") order sustaining the government's

appeal from an immigration judge's decision granting his application for

cancellation of removal. We have jurisdiction under 8 U.S.C. § 1252. We review

---

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

de novo questions of law, *Mercado-Zazueta v. Holder*, 580 F.3d 1102, 1104 (9th Cir. 2009), and we grant the petition for review.

The BIA rejected Becerra's contention that he was entitled to impute his mother's admission as a lawful permanent resident in order to satisfy the seven-year period of continuous residence required for cancellation of removal.  *See* 8 U.S.C. § 1229b(a)(2).  However, the BIA did not have the benefit of our decision in *Mercado-Zazueta*, 580 F.3d at 1113-16, in which we recognized the ongoing validity of *Cuevas-Gaspar v. Gonzales*, 430 F.3d 1013 (9th Cir. 2005) (a parent's admission for permanent residence is imputed to unemancipated minor children residing with the parent for the purpose of satisfying the required period of continuous residence under 8 U.S.C. § 1229b(a)(2)).  We therefore remand to the BIA to reconsider Becerra's appeal.

**PETITION FOR REVIEW GRANTED; REMANDED.**